UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM CHAPMAN                                                          PLAINTIFF

V.                         CASE NO. 1:18-CV-00002-BD

SOCIAL SECURITY ADMINISTRATION                                DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 23rd day of October, 2018.

_____
UNITED STATES MAGISTRATE JUDGE